UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In re:                                                                          Chapter 7

    A.N. FRIEDA,                                                    Case No. 15-11862 (MEW)

                              Debtor.
---------------------------------------------------------------X
MATTHEW C. HARRISON, JR.,

                      Trustee-Plaintiff,

          -   against   -                                      Adv. Pro. No. 16-01237 (MEW)

M. MORADI DIAMONDS,                                          **JUDGMENT**

                      Defendant.                    BC 17,0060
---------------------------------------------------------------X

        Matthew C. Harrison, Jr., the Chapter 7 Trustee for the Estate of A.N. Frieda having moved this Court pursuant to a Notice of Motion dated April 4, 2017 seeking an Order Granting Plaintiff's Motion for Default and Directing the Clerk of the Court to enter a Money Judgment for a fixed amount of money against M. Moradi Diamonds; and upon the Declaration of Leo Fox, Esq., sworn to on the 4th day of April 2017 and the exhibits attached thereto (collectively the "Motion"); upon the Affirmation of Service of the Motion filed with the Court and no objection to the Motion having been interposed, and Plaintiff being entitled to judgment against Defendant, it is hereby

***ORDERED AND ADJUDGED*** that the Clerk of the Court is directed to enter a judgment in favor of Matthew C. Harrison, Esq., as Chapter 7 Trustee, against M. Moradi Diamonds in the amount of $4,335.00 plus interest at the Federal Rate from the date of the Judgment.

Dated: New York, New York
      May 19, 2017

                                **s/Michael E. Wiles**
                                HONORABLE MICHAEL E. WILES
                                UNITED STATES BANKRUPTCY JUDGE